1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                              Plaintiff,

        v.

KULDIP SINGH MAHAL,

                              Defendant.

NO. MJ15-43

DETENTION ORDER

Offense charged:

        Count 1:        Attempted Enticement of a Minor

Date of Detention Hearing:  February 9, 2015.

        The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

        FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

        1.        Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that

                  defendant is a flight risk and a danger to the community based on the nature of

                  the pending charges.  Application of the presumption is appropriate in this case.

        2.        The evidence against the defendant, although the least significant factor, is very

                  strong.

        3.        Defendant is a Canadian citizen with no ties to this jurisdiction.

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

4.     In light of the nature of the charge and Canada's unwillingness to undertake monitoring, there is no way to effectively supervise defendant.

5.     There are no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required or ensure the safety of the community.

IT IS THEREFORE ORDERED:

(1)     Defendant shall be detained and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)     On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)     The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 9th day of February, 2015.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 2