The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>KULDIP SINGH MAHAL,<br><br>   Defendant. | NO. 15-CR-00039-RSL<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINE |

THIS MATTER is before the Court upon the Joint Motion to Continue Trial and Pretrial Motions Deadline.  Having considered all the files and records herein, the Court finds:

(1) that taking into account the exercise of due diligence, the failure to grant a continuance in this case would deny counsel for the defendant the reasonable time necessary for effective preparation, due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

(2) that a failure to grant such a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

(3) that the additional time requested is a reasonable period of delay, as the defendant has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses; and

ORDER GRANTING JOINT MOTION TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DEADLINE
CAUSE NO. 15-CR-00039-RSL
PAGE – 1

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

1      (4) that the case is sufficiently complex that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the current trial schedule, as set forth in 18 U.S.C. § 3161(h)(7)(B)(ii); and

      (5) that the ends of justice will best be served by a continuance, and that the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

      (6) that the additional time requested between the original trial date of April 27, 2015, and the new trial date is necessary to provide counsel for the defendant the reasonable time necessary to prepare for trial, considering all of the facts set forth above.

      IT IS THEREFORE ORDERED that the trial is continued to July 20, 2015 and that the pretrial motions deadline is set for June 15, 2015.  The period of time from April 27, 2015, and the new trial date is excludable time pursuant to the authorities set forth above.

      DATED this 27th day of March 2015.

                              _____
                              Robert S. Lasnik
                              United States District Judge

Presented by:

SKELLENGER BENDER, P.S.

s/ Peter Offenbecher
Peter Offenbecher
Attorneys for Kuldip Mahal


ANNETTE L. HAYES
Acting United States Attorney

s/ Kate Vaughan
Kate Vaughan
Assistant United States Attorney
Attorney for the Plaintiff

ORDER GRANTING JOINT MOTION TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DEADLINE
CAUSE NO. 15-CR-00039-RSL
PAGE – 2

skellengerbender
1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501