The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | NO. 15-CR-00039-RSL |
| v. | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINE |
| KULDIP SINGH MAHAL, | |
| Defendant. | |

THE COURT has considered the unopposed motion of the defense for a continuance of the trial and the pretrial motions dates and finds as follows:

(1) taking into account the exercise of due diligence, failure to grant a continuance in this case would deny counsel for the defendant the reasonable time necessary for effective preparation, due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence materials to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv);

(2) failure to grant such a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

(3) the additional time requested is a reasonable period of delay, as the defendant has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses;

1

2

3

(4) the ends of justice will best be served by a continuance, and that the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

4

5

6

(5) the period of time from the current trial date of October 26, 2015, until the new trial date of January 19, 2016, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

7

8

9

10

IT IS THEREFORE ORDERED that the trial is continued to January 19, 2016, and that the pretrial motions deadline is set for December 7, 2015.  The period of time from October 26, 2015, until the new trial date of January 19, 2016, is excludable time pursuant to the authorities set forth above.

11

DATED this 8th day of October 2015.

12

13

14

*MNT S Lasnik*

Robert S. Lasnik
United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE
TRIAL AND PRETRIAL MOTIONS DEADLINE
CAUSE NO. 15-CR-00039-RSL
PAGE – 2