The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR15-039 RSL |
| Plaintiff, | |
| v. | GOVERNMENT'S SENTENCING MEMORANDUM |
| KULDIP SINGH MAHAL, | |
| Defendant. | |

The United States of America, by and through Annette L. Hayes, United States Attorney for the Western District of Washington, and S. Kate Vaughan, Assistant United States Attorney for said District, respectfully submits this Sentencing Memorandum in the above captioned case.

Defendant, Kuldip Mahal, is before the Court for sentencing following his plea of guilty to Travel with Intent to Engage in Illicit Sexual Conduct with a Minor, in violation of 18 U.S.C. §2423(b).  Defendant is scheduled to be sentenced at 9:30 a.m. on Tuesday April 5, 2016.

GOVERNMENT'S SENTENCING MEMORANDUM/*United States v. Kuldip Singh Mahal*- 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 | For the reasons that follow, the Court should sentence Kuldip Mahal to 84 months
2 | imprisonment followed by a ten year term of supervised release.

3 | <center>I.    FACTUAL BACKGROUND</center>

4 | On January 15, 2015, an undercover HSI agent based in Bellingham placed an
5 | advertisement in the "casual encounters" sub-section of the personal ads on the
6 | Craigslist.com website for Vancouver, British Columbia.  The ad was placed in the
7 | Vancouver listings because it was the nearest location with a significantly sized
8 | population and was accessed by individuals both in Whatcom County and British
9 | Columbia.  The advertisement was titled "Crazy and very young.  Looking to explore
10 | myself-w4m."  The body of the ad read as follows: I'm a bit young and want to learn
11 | some new things.  I have never experienced the things I want to.  I am real and live in
12 | Burlington, WA.  I like to go to the outlet stores at Tulalip!!"   Within an hour, the
13 | Defendant, identifying himself as "Jumbo Smith," responded to the advertisement via
14 | Craigslist, stating:

15 | Hi there
16 | i really like what i read in your ad, our wants, needs are the same.  My schedule is
17 | very flexible to chat, flirt and have hot fun.  i would love to take you for a ride to
   | outlet stores and teach you new things.  I am sending you pic of my body to show
18 | that i am fit and in shape...............;-) I am located in Bham and can drive to
19 | you......;-)  I am very sexual, high drive, heavy cummer 44, 5'10, 160 lbs, silver
   | fox, brown eyes, well educated professional, well traveled, and handsome man.  I
20 | take pride in my looks, good tongue, fingers, clean shaven, trimmed down below,
   | active, explore, kiss, oral, anal, cuddle, lead an active life style, fit, and love
21 | running, playing/coaching sports.
22 | I am attentive, passionate, respectful, sane, clean, healthy, non smoker, casual
   | drinker, d/d (tested clean recently) free, fixed, very discreet and expect the same in
23 | return.

24 | I am looking for NSA or ongoing casual/fwb relationship with someone
25 | who is open minded and willing to try/chat about anything once is lot more
26 | important than the looks.

27 | I hope you are real and want to get to know someone open, and real.

28 | GOVERNMENT'S SENTENCING MEMORANDUM/*United States v. Kuldip Singh Mahal*- 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

> If any of this interest you please email and letting me know your thoughts……., willing to exchange face pics, with yours…………..:-) cheers

The UC HSI agent responded as follows, portraying himself as a 12 year old female named Krissy Jennings ("KJ"):

> Geez, sorry it took me so long to get back to u.  I posted that thing on craigslist and my inbox went crazy!  I decided to write back because u actually put some effort into it :)
>
> I'll send a pic in a bit but just wanted to get to know u a little first, girls gotta be careful!!
>
> i'm turning 13 soon but am super mature for my age.  R U from Bellingham? or just come here a lot?

The Defendant continued to communicate with KJ.  Because Defendant used a pseudonym "Jumbo Smith", and he used a phone application which involved a phone number in the United States to communicate with KJ, as well as referring to being in Bellingham, agents believed the target of the investigation could be located in the United States.

The day after their initial contact, Defendant initiated an overt sexual conversation on January 16, 2015, by sending KJ an email that detailed specific sexual acts he wanted to perform with KJ:

> My fantasy
>
> I left you home alone and went to work, you know that i usually come back home in the evening, but one day i came home early, unexpectedly.  where i find you in my bed, all naked and playing with your nice firm titties, and nice little, tight, pink flower of yours with your finger, and moaning and groaning.  i quietly walk in the en suit bathroom from where i stand and watch you, and start to get my cock hard, seeing you have fun and pussy juices started to flow.  Realizing that you are ready for the picking, and turned on by my smell, i come out and ask if you enjoy being in my bed,

GOVERNMENT'S SENTENCING MEMORANDUM/*United States v. Kuldip Singh Mahal*- 3

you say, yes daddy, i ask, what else would you like    to enjoy of mine,
you whisper, ur cock.  being the good daddy i am, i whip out my cock and
put it in your already wide open mouth while you still finger
yourself……grab your hair and pull you towards me and gag you with my
co….want to know more get back to……..

The Defendant made KJ promise to keep their communications secret:

> Jan 16, 2015
> MAHAL: Ok, if that is the case, you can ask me anything amd i will teach
> you. You have to promise me to keep this only between us, no matter what.
> MAHAL: You can't even talk to your friends about it, promise?
> KJ: Promise
> MAHAL: Cross your heart? Promise?

On January 17, 2015, The UC agent sent Defendant via email an age regressed
photograph of a female HSI agent.  *See* Exhibit A.  Upon viewing the photograph, the
Defendant commented that she looked younger than she stated, and appeared to look 10
or 11 years old.

Two days after the communications began, KJ confirmed with Defendant that she
was a pre-pubescent child.  Defendant's response was to ask her to insert her fingers in
her vagina and send him a picture:

> January 17, 2015
> MAHAL: How tight is your pussy? Are you shaved or has a peach fuzz...;-)
> KJ: I haven't even gotten my period yet, and my pussy is still bare
> MAHAL: Where is you mum now? I am free and alone tonight, just
> saying...lol
> KJ: How do u want me to measure tightness?
> MAHAL: Mmmm, really no period, so why are you sexyally active, and
> horny? Love bare pussy...... How many fingers can you take in it? Show me
> on a pic and I will tell you how tight you are, all in experience...lol

The text messages and emails Defendant sent to KJ, whom he believed to be a 12
year old girl, escalated rapidly in their sexual content and graphic nature.  The following
are representative examples of these email and text message conversations:

GOVERNMENT'S SENTENCING MEMORANDUM/*United States v. Kuldip Singh
Mahal*- 4

1)    <u>Jan 17, 2015</u>

MAHAL: What r u up to? It is true.
KJ: Just getting ready for bed
MAHAL: I can't wait to see how tight you are. You had me turned on all
day and gave me blue ball sundrom...lol.  Mmmmm, I wish I could sneak in
through the window and into your bed and do you all night.....mmmmm
KJ: If u snuck thru my window what would u do first?

MAHAL: ...put my hand over ur mouth, keeping u quiet, kissing you mice
and slow, lightly biting ur lips, paint a curvle down your nevk, around your
nipples, down to your wet spot, getting over top of you...,mmmm
I know u told me, I want to see it, measure it with my fingers, cock, tongue
and help you relax, wet and shove my hard cock head in your pussy while
bitimg your mipple......slamming you hard in many positions...,,,mmmmm

MAHAL: I am dying to see your pussy and tiny tits...,..so hot.....;-)

2)    Email sent by Defendant to KJ on January 20, 2015:

hi Krissy babe
This is what i would like to do and let you suck.............69, and me licking
your kitty at the same time..........next i push you down on to the sofa, and
you resist my advances, kiss you long and hard forcefully while playing
with your hard, erect nipples............than work my way down with my
mouth, teasing and sucking on your nipples, painting circles all around
them and you arc your back try to push your tits into my mouth, but i hold
your arms down, tie them up, not letting you have what you
want..........mmmmm i continue my way down to your lower tummy, pubic
area but without touching your lower lips, intentionally let my chin rub
your sweet and warm, moist spot, full with anticipation, you start to deep
breath and getting impatient with me and stating to beg me to let you go but
deep down you wish to be licked and give you my cock up the ass.......and
i deny you, pin you down with my legs, slap your ass while finger fucking
your pussy, to get you relaxed and and slightly choking you until your eyes
tear up to push you over the edge.  i am getting hard under my
desk..........want more let me know.......
waiting for your sexy pics..;)
cheers

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

On January 24, 2015, the UC agent, attempting to have a break from responding to Defendant's incessant texts, told the Defendant that she was going to a movie so would not be texting for a while.  Undeterred, the Defendant continued to text KJ:

> MAHAL: ... When I don't hear from than I get frustrated......
> MAHAL: Anyways, I better let you go....hug, a kiss and reach down and ass cheek squeeze hoid bye to you.....,,ttyl [1]
> KJ: Ttyl
> MAHAL: Sende text when you are back from movie and are alone...;-)
> MAHAL: Ttyl
> MAHAL: How is the movie going?
> MAHAL: I wish I was there with you in the dark,playing with you pussy, finger fuvking it.......
> MAHAL: And have you reach over and grab your daddys hard cock, rubbing it, feeling the ooz and licking it off of your fingers.....
> MAHAL: ....once your pussy is soaking wet, i grab you, pull you over quietly and on to my cock whle everyone around us continue to waych the movie.......,mmmm so riskey and hot..,,...;-)

The Defendant emailed numerous photographs to KJ, including a photograph of his ejaculate on a paper towel.  The email was titled "Cum load shot."  The body of the email read:  "Since you were asking, I thought I'd rub one out and show you how big and thick it is...  Here it is ¾ of it, rest went in the sink while trying to catch it, too much pressure....lol Enjoy".  On January 21, 2015, Defendant again emailed KJ a photograph of his penis and ejaculate on a paper towel and described in the email having sex with a female.   He then asked KJ if she would prefer his penis in her vagina or anus.

Further, on January 23, 2015, Defendant sent KJ pictures of two dildos.  In the email he stated: "Look at those studs on the dildo, and it has very strong vibrations, it will tickle your ass/pussy real good.  Just imagine the pleasure with my cock in one hole and dildo in the other . . ."

---

[1] "ttyl" means "talk to you later".

Throughout the correspondence with KJ, the Defendant made numerous requests that KJ send him nude photographs, to include images of her breasts and vagina.  For example, he stated repeatedly: "i so want yo see your pussy and titties...,..." ; "be a good little girl that you are and show yur daddy what you got hiding wink wink";  and the following:

> MAHAL: Why not [send a picture] now so we can move past it and drive each other crazy and make plans....?
>
> KJ: Cuz, I already sent u one pic like u asked, now ur asking for another one, I have a feeling ur just going to keep asking for more and more and more.....
>
> MAHAL:  lol, no, I promise I won't ask any more that your nice titts and bald pussy...

Throughout the time spent communicating with KJ, the Defendant indicated his desire to meet KJ in person, and made his intent to have sex with her clear:

> Jan 24, 2015
>
> MAHAL: Once we are comfortable, we will make a fill day thing snd rent a jotel room and treat ypu like a princess and a slut at the same time....  Just imagine, all day with me in a hotel... . . . Fuck in ghe morning, have breakfadt, fuck again, have lunch and rest cuddle together, chat in each others arms . . . and fuck one more time before hoing our ways.,..,, mmmmm

On January 26, 2015, HSI Special Agent (SA) Lara Gregory, portraying KJ, placed a previously arranged telephone call to the Defendant.  During this telephone conversation, Defendant spoke about an incident on January 23, 2015, where a Canadian male was arrested near Kent, Washington for attempting to meet an underage female for sexual purposes.   The Defendant said that he "heard it on the news" and it "scared the shit out of me" and he was scared about being "set up."  He continued: "I don't want to

take any of those chances just being stupid, and just because I'm so attracted to you and I want to be close to you." SA Gregory (as KJ) said that if Defendant was too scared they did not have to meet. In response Defendant stated "no no no no I want to I want to."

KJ agreed to meet with Defendant on February 3, 2015, at Skagit River Park Playfields, in Burlington, Washington. He was arrested as he walked into the park to meet KJ. After being Mirandized the Defendant was interviewed. He denied communicating with KJ over text and email, denied sending KJ pictures of his penis and ejaculate, denied speaking with KJ, denied asking for pictures of her vagina and breasts, and denied bringing dildos to the meeting. Once he admitted that he was there to meet KJ, he explained that his intention was to take her to lunch to explain the dangers of meeting people over the internet. After agents obtained a search warrant for his car, they found dildos, lubricant, condoms, and print-outs of local hotel details.

Based on statements Defendant had made in conversations with KJ, they asked if he was a soccer coach. Defendant said that he was not a soccer coach and that he had "made it up" in the text messages to KJ. Agents confirmed that Defendant was a soccer coach with a Surrey United under 16 team.

A review of the advertisements that Defendant responded to on Craigslist indicated that he responded to an ad in May 2014 titled: "Naughty girl needing a daddy w4m 18 in Coquitlam". Defendant's emails revealed that he followed through on the communication with the female posting the advertisement, meeting her for sex. She was 18 years old at the time.

## II.    GUIDELINES CALCULATIONS

The government concurs with the U.S. Probation Office calculation of the offense level:

| Base Offense Level | 32 | USSG § 2G2.1(a) |
|---|---|---|
| 12 year old minor | 2 | USSG § 2G2.1(b)(1) |
| Use of a computer | 2 | USSG § 2G2.1(b)(6) |

GOVERNMENT'S SENTENCING MEMORANDUM/*United States v. Kuldip Singh Mahal*- 8

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| Acceptance of Responsibility | -3 |
| Psychosexual testing | -3 |
| **Total** | **30** |

With a CHC of I, the Defendant's Sentencing Guidelines Range is 97-121 months imprisonment.

### III.    SENTENCING RECOMMENDATION

Considering the factors set forth in 18 U.S.C. § 3553(a), the government recommends that the Court impose a sentence of 84 months imprisonment with ten years of supervised release to follow.

**A.    Term of Imprisonment**

**1.    The Nature and Circumstances of the Offense**

The texts and emails sent by Mr. Mahal demonstrate his intent to travel to the United States and have sex with a pre-pubescent twelve year old child.  He was provided with a picture of the child and commented that she looked only "10 or 11", and that he loved "bare pussy".  He repeatedly asked for KJ to send him pictures of her vagina and breasts.  He had numerous opportunities to withdraw from the communications, but he nevertheless followed through on his intent and arrived in Burlington with sex toys, lubricants, condoms, and details of local hotels.

Although the duration of the conduct is relatively short, at just under three weeks, Mr. Mahal's emails and texts were prolific in number and horrifying in content.  Within a week of communicating with the purported 12 year old girl, he sent her a story via email based on Little Red Riding Hood, with the title "a nice jungle story…. to keep you entertained ….;-)."  In Mr. Mahal's version of Little Red Riding Hood, the girl is repeatedly and graphically raped by the wolf in her grandmother's house while her grandmother lies dead outside. *See* Exhibit 2.  Mr. Mahal sent KJ links to adult pornography sites, and told her about what he was viewing as he was texting her: "holy

GOVERNMENT'S SENTENCING MEMORANDUM/*United States v. Kuldip Singh Mahal*- 9

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  fuck this is so hot…this whitf young chick taking a huge black cock."  He then instructed
2  her on how to delete her web browser history once she had viewed the pornography site.
3  Mr. Mahal repeatedly instructed her on how to keep their communications secret, and
4  when KJ told him that her mom may have put controls on her computer to prevent her
5  from sending naked pictures of herself, he stated: "Fuck she needs to get laid and relax."

6      The evidence demonstrates that Mr. Mahal intended to have sex with a 12 year old
7  and would have followed through on his intentions.[2]  This conduct warrants a term of
8  imprisonment of 84 months.

9      **2.      The History and Characteristics of the Defendant**

10      Mr. Mahal's level of engagement in his communications with a purported 12 year
11  old child and his arrival in Burlington for a sexual encounter are gravely concerning.  He
12  denied his conduct and instead claimed that he was meeting KJ to warn her about the
13  dangers of meeting people over the internet.  His sexual deviancy examiner expressed
14  concern that he minimized the harmfulness of his actions, and would, at least initially,
15  only participate in treatment in a "somewhat superficial manner," although once in
16  treatment he "would be able to truly engage in a way that demonstrates a more open and
17  learning stance."  *See* Def. Sentencing Memo at Ex. C pages 14-15.  The government is
18  also concerned with the level of deception Mr. Mahal engaged in in order to avoid
19  detection.  He used a telephone application that masked his location, he used a
20  pseudonym "Jumbo Smith", and repeatedly instructed KJ how to hide their
21  communications from her mother and made her promise to keep his texts and emails a
22  secret.

23

24

25

26  [2] "[a]ll indicators show it was likely" that Mr. Mahal would have followed through with sexual contact
    with KJ.  *See* Sexual Deviancy Examination report at page 15, Defendant's Sentencing Memorandum at
27  Ex. C.

28  GOVERNMENT'S SENTENCING MEMORANDUM/*United States v. Kuldip Singh*
    *Mahal*- 10

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1        There are nevertheless some mitigating factors present.  There is no evidence that

2 Mr. Mahal had previous sexual contact with a minor and he did not search for nor

3 download child pornography.  He also appears to be genuinely remorseful for his

4 conduct.  These factors warrant a sentence below the guidelines range.

5      **3.**     **Promoting Respect for the Law, Providing Just Punishment, and**

6                 **Affording Adequate Deterrence to Criminal Conduct**

7

8        There are very few crimes that are more serious than crimes that involve the

9 sexual abuse and exploitation of children.  As result, Congress has increased the

10 punishment for child exploitation crimes in an attempt to protect children. *See, e.g., New*

11 *York v. Ferber*, 458 U.S. 747 (1982) (noting, nearly 30 years ago, that the "Government

12 has a compelling state interest in protecting children from those who sexually exploit

13 them, including both child molesters and child pornographers").

14        The use of social media and the internet to prey on children for sexual purposes is

15 dramatically increasing.  Even where there is careful oversight by parents, children are

16 becoming ever more vulnerable to sexual predators through access to the internet and

17 texting.  Mr. Mahal used these means to groom and prey upon KJ, whom he believed to

18 be a pre-pubescent child.   A significant sentence will provide strong deterrence to those

19 predators who seek to use social media to identify, communicate with, and ultimately

20 sexually exploit children.

21      **4.**     **Avoiding Unwarranted Sentencing Disparity**

22        Sentencing Defendant to 84 months' imprisonment is warranted on the facts of

23 this case.  In *United States v. Beavis*, the Defendant was sentenced to a term of 78

24 months.  CR15-121 RAJ.  Beavis had travelled from Canada to meet with a 14 year old

25 girl in Seattle.  Law enforcement intercepted his communications days before the meeting

26 and he never met with the girl, but was arrested when he arrived in Seattle.  He had also

27 communicated with another 14 year old girl in Michigan, and obtained images of her

28

GOVERNMENT'S SENTENCING MEMORANDUM/*United States v. Kuldip Singh Mahal*- 11

genitals, although he never met her in person.   A sentence of similar length is warranted here.  Although Mr. Beavis had sexual communications with a greater number of girls, like Mr. Mahal, he never met them.   In contrast to Mr. Beavis, Mr. Mahal travelled across the border to have sex with a pre-pubescent child aged 12, who Mr. Mahal believed looked like she was 10-11 years old.

**B.    Supervised Release**

The government agrees with the Probation Office that a 10 year term of supervised release is appropriate in order to adequately supervise Mr. Mahal should he re-enter the United States at any time.

<div align="center">

IV.    <u>CONCLUSION</u>

</div>

For the reasons set forth above, the government respectfully recommends the Court impose a sentence of imprisonment of 84 months, with a ten year term of supervised release to follow.

Dated this 1st day of April, 2016.

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney


*s/ S. Kate Vaughan*
S. KATE VAUGHAN
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington  98101
Telephone:    (206) 553-7970
Facsimile:     (206) 553-0755
Email: kate.vaughan@usdoj.gov

GOVERNMENT'S SENTENCING MEMORANDUM/*United States v. Kuldip Singh Mahal*- 12